**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-7347**

───────────────

ANDREW V. KIRKMAN,

　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

UNITED STATES OF AMERICA,

　　　　　　　　　　　　　Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (CA-97-314)

───────────────

Submitted:  December 22, 1998　　　Decided:  January 12, 1999

───────────────

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Andrew V. Kirkman, Appellant Pro Se. Lynne P. Klauer, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew V. Kirkman appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kirkman v. United States, No. CA-97-314 (M.D.N.C. July 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED